UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DWIGHT BENSON,<br><br>        Plaintiff,<br><br>   v.<br><br>PIERCE COUNTY JAIL, et al.,<br><br>        Defendants. | Case No. C08-5407BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation of the Honorable Karen L. Strombom, United States Magistrate Judge (Dkt. 5). The Court having considered the Report and Recommendation, Plaintiff's failure to file objections, and the remaining record, does hereby find and order:

(1) The Court adopts the Report and Recommendation; and

(2) This action is **DISMISSED** because Plaintiff has failed to either pay the $350 filing fee or file a proper application to proceed in forma pauperis.

DATED this 14th day of October, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER