# United States District Court

WESTERN DISTRICT OF WASHINGTON

DWIGHT BENSON

      v.

PIERCE COUNTY JAIL, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5407BHS

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is **DISMISSED** because Plaintiff has failed to either pay the $350 filing fee or file a proper application to proceed in forma pauperis.


| October 15, 2008 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

 

| | *s/CM Gonzalez* |
|---|---|
| | Deputy Clerk |